RECEIVED

JUN 2 0 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JESSIE DRODDY | CIVIL ACTION 3-04-1523 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| KLLM CONSTRUCTION, INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion for summary judgment filed by Plaintiff, Doc. 39, is GRANTED, finding that the sole cause of the accident was the fault and negligence of Berry Gray and that plaintiff did not fail to mitigate his damages.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 17 day of June 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE