
RECEIVED
NOV 16 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JESSE DRODDY | CIVIL ACTION NO. 04-1523 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KLLM CONSTRUCTION, INC., ET AL | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 68] previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Summary Judgment [Doc. No. 48] is DENIED.

MONROE, LOUISIANA this 15 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE